**19-3636-MJ-LOUIS**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America <br> v. <br> SHERRY JOSEPH <br><br> *Defendant* | ) <br> ) Case No. 19-MJ-6305 <br> ) <br> ) <br> ) <br> ) <br> ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHERRY JOSEPH

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1028 - Identity Theft
18 USC 1029 - Access Device Fraud

Date: 10/07/2019

*Issuing officer's signature*

City and state: Newark, New Jersey

The Hon. Steven C. Mannion, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ <br><br> Date: _____ <br><br> *Arresting officer's signature* <br><br> *Printed name and title* |

FILED BY ____YR____ D.C.

Oct 11, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion, U.S.M.J. |
| v. | : | Mag. No. 19-6305 |
| SHERRY JOSEPH, | : | **CRIMINAL COMPLAINT** |
| | : | **Filed Under Seal** |

I, Robert O'Holla, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Task Force Officer of the United States Drug Enforcement Administration, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_____
Robert O'Holla, Task Force Officer
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence
October 7, 2019 at Newark, New Jersey

_____
HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

**COUNT ONE**
**(Identity Theft)**

From in or around March 2019 through in or around May 2019, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

**SHERRY JOSEPH**,

did knowingly use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, their name, social security number, and date of birth, knowing that the means of identification belonged to another actual person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law to wit, narcotics trafficking and money laundering, and the offense involved the transfer of an identification document, authentication feature, or false identification document that is or appears to be a driver's license, and as a result of the offense, the defendant or any other individual committing the offense, obtained anything of value aggregating $1,000 or more during any 1 year period.

In violation of Title 18, United States Code, Sections 1028(a)(7), 1028(b)(1)(D), and 2.

## COUNT TWO
## (Access Device Fraud)

From in or around March 2019 through in or around May 2019, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

### SHERRY JOSEPH,

did knowingly and with intent to defraud, used an unauthorized access device, to wit, the social security number belonging to another person, and by such conduct, obtained a thing of value worth $1,000 or more, said use affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2), 1029(c)(1)(B), and 2.

**ATTACHMENT B**

I, Robert O'Holla, am a Task Force Officer with the United States Drug Enforcement Administration ("DEA"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Beginning in or around March 2019, law enforcement began investigating a drug trafficking organization (the "DTO") operating in New Jersey and elsewhere. Law enforcement learned that members of the DTO were renting an apartment in or around Edgewater, New Jersey.

2. Based on this information, law enforcement conducted surveillance of these members. As a result of their investigation, on or about May 7, 2019, law enforcement arrested Dennis Jones ("Jones") and Talib Beeks ("Beeks"), members of the DTO, for conspiring to distribute and possess with the intent to distribute narcotics, in violation of 21 U.S.C. § 846, while they were in a luxury apartment in or around Edgewater, New Jersey (the "Edgewater Residence"). See Mag. No. 19-8089. As part of their investigation into Jones and Beeks, law enforcement learned that the Edgewater Residence was rented to the defendant, Sherry Joseph ("JOSEPH"). They also learned that JOSEPH was also using a stolen identity (that of "Victim-1") in order to rent the Edgewater Apartment.

3. Specifically, law enforcement learned that JOSEPH used Victim-1's name, social security number, date of birth, and other identification information to rent the Edgewater Residence on behalf of Jones and Beeks. Law enforcement also learned that the Edgewater Residence was worth approximately $4,265 per month for parking and rent.

4. Also on or about May 7, 2019, using law enforcement databases, law enforcement learned that Victim-1 is a real person who lives in the United States and that JOSEPH has been using Victim-1's name, social security number, and other identification information in New Jersey unbeknownst to Victim-1.

5. Pursuant to a lawful search of Jones's cellphone, in text messages, Jones and JOSEPH discussed payments for the Edgewater Residence as well as a separate residence in Yonkers, New York (the "Yonkers Residence"), where JOSEPH was using a different stolen identity (that of "Victim-2"). Text messages between Jones and JOSEPH also discussed issues with the Yonkers

3

Residence, leading Jones to text JOSEPH that he needed to vacate the Yonkers Residence and find another apartment. JOSEPH later texted Jones that Jones could "have any female call [the apartment complex for the Yonkers Residence] [because] they don't know the difference." Based on my training and experience, JOSEPH knew that Jones needed to vacate the Yonkers Residence because there had been complaints about the smell of a suspected controlled substance.

6. On or about September 26, 2019, based on a review of JOSEPH'S publicly-accessible social media accounts, law enforcement learned that JOSEPH advertised her ability to obtain apartments for individuals who might normally have trouble doing so, including for those with criminal histories.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Steven C. Mannion, U.S.M.J. |
| v. : | Mag. No. 19-6305 |
| SHERRY JOSEPH : | **SEALING ORDER** |

**THIS MATTER** having come before the Court upon the application of the United States of America (Leah Gould, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Complaint filed against the person named in the warrant be filed under seal, and good cause having been shown,

**IT IS** on this 7th day of October, 2019,

**ORDERED** that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Complaint and all other documents filed in this matter be and hereby are **SEALED** until the arrest warrant is executed or until further order of the Court.

_____
Honorable Steven C. Mannion
United States Magistrate Judge